**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>SURGERY CENTER MANAGEMENT,<br><br>Defendant(s). | CASE NUMBER:<br><br>CR 17-661-DMG<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

SURGERY CENTER MANAGEMENT ☐ Plaintiff      ☐ Defendant  ☐ Other _____
   *Name of Party*

to substitute   Michael Devereux                                              who is

   ☐ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

   1880 Century Park East, Suite 1101
   _____
                                    *Street Address*

Los Angeles, CA 90067                                 mike@wex.law
_____                       _____
   *City, State, Zip*                                    *E-Mail Address*

   (424) 444-0883                                         225240
_____       _____       _____
   *Telephone Number*                   *Fax Number*              *State Bar Number*

as attorney of record instead of   George Paukert
                              _____
                                 List **all** attorneys from same firm or agency who are withdrawing

_____

**is hereby**      **X GRANTED**         ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 19, 2020

*Dolly M. Gee*
_____
Dolly M. Gee, U. S. District Judge