TRACY L. WILKISON
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
CATHY J. OSTILLER (Cal. Bar No. 174582)
Senior Litigation Counsel
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0526/6159/2435
    Facsimile: (213) 894-6269
    E-mail:   Kristen.Williams@usdoj.gov
               Cathy.Ostiller@usdoj.gov
               Alex.Wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
Dec 14, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>JULIAN OMIDI,<br>  aka "Combiz Omidi,"<br>  aka "Combiz Julian Omidi,"<br>  aka "Kambiz Omidi,"<br>  aka "Kambiz Beniamia Omidi,"<br>  aka "Ben Omidi,"<br>SURGERY CENTER MANAGEMENT, LLC,<br>and<br>MIRALI ZARRABI, M.D.,<br>  aka "Mirali Akba Ghandchi<br>      Zarrabi,"<br>  aka "M.A. Ghandchi Zarrabi,"<br><br>      Defendants. | No. CR 17-661(A)-DMG<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER PROVISIONALLY SEALING DOCUMENT; DECLARATION OF ALEXANDER C.K. WYMAN<br><br>~~(UNDER SEAL)~~ |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kristen A. Williams, Cathy J. Ostiller, and Alexander C.K. Wyman, hereby applies ex parte for an order that the government's (prosecution team's) unredacted Response to Defendant Julian Omidi's Supplemental Motion Requesting Judicial Findings on Joint Defense Privilege Issues and the supporting Declaration of Alexander C.K. Wyman and exhibit thereto be provisionally filed under seal.

This ex parte application is based upon the attached declaration of Alexander C.K. Wyman.

Dated: December 11, 2020

Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/
KRISTEN A. WILLIAMS
CATHY J. OSTILLER
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ALEXANDER C.K. WYMAN**

I, Alexander C.K. Wyman, state and declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California. Together with AUSAs Kristen A. Williams and Cathy J. Ostiller, I represent the government in <u>United States v. Julian Omidi et al.</u>, CR 17-661(A)-DMG. I make this declaration in support of the Government's Application for Order Sealing Document.

2. The government (prosecution team) requests leave to provisionally file under seal the unredacted version of its Response to Defendant Julian Omidi's Supplemental Motion Requesting Judicial Findings on Joint Defense Privilege Issues and the supporting declaration and exhibit (collectively, the "Response"). The Response responds to defendant JULIAN OMIDI's ("OMIDI") Supplemental Motion Requesting Judicial Findings on Joint Defense Privilege Issues (Dkt. 874).

3. The government understands that OMIDI objects to certain information (<u>e.g.</u>, content of recordings at issue and items received from the government's filter team) being in the public record; such information is discussed in multiple areas of the Response. The government does not agree with OMIDI that this information from the recordings and filter team production needs to be sealed, but recognizes that the Motion and Response are addressing questions relevant to that sealing and that the Court has not yet issued an order on those questions.

4. On December 11, 2020, I emailed counsel for OMIDI, as well as counsel for co-defendants SURGERY CENTER MANAGEMENT, LLC ("SCM")

and MIRALI ZARRABI, M.D. ("ZARRABI"), informing them that the government intended to file the Response provisionally under seal and asking for their position on this sealing application. Bruce Searby, counsel for OMIDI, responded as follows: "Mr. Omidi does not oppose filing of privileged materials under seal, including where the government does not recognize the privilege but Mr. Omidi has done so (or, the government can reasonably infer from his positions thus far, he would do so). However, legal arguments should be public. If there is any doubt as to what is what, please go ahead and file provisionally under seal and Mr. Omidi can take a look and deal with any objections to the treatment later." Ivy Wang, counsel for ZARRABI, responded that ZARRABI has no objection to the sealing application. As of the time of this filing, I have not received a response from counsel for SCM.

5.  To accommodate OMIDI's position, the government has redacted the portions of the Response that the government understands OMIDI has objected to having in the public record. The government will be simultaneously filing a version of the Response publicly with those redactions. Accordingly, the government respectfully requests that the Court provisionally seal the unredacted version of the Response until such time as the Court decides whether or not the recordings at issue and or the documents from the filter team are privileged.

6.  Should the Court deny this application, the government respectfully requests that the Response not be filed, but be returned to the government, without filing of the Response or reflection of the name or nature of the Response on the clerk's public docket.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on December 11, 2020, at Los Angeles, California.

                                            ALEXANDER C.K. WYMAN

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S EX PARTE APPLICATION FOR ORDER PROVISIONALLY SEALING DOCUMENT; DECLARATION OF ALEXANDER C.K. WYMAN (UNDER SEAL)** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By electronic mail delivery, as follows:

Thomas O'Brien, Esq. – tobrien@bgrfirm.com
Ivy Wang, Esq. – iwang@bgrfirm.com
Jennie Wang VonCannon, Esq. – jvoncannon@bgrfirm.com
Nate Brown, Esq. – nbrown@bgrfirm.com
David Carroll, Esq. – dcarroll@bgrfirm.com
Michael Devereux, Esq. – mike@wex.law
Robb C. Adkins, Esq. - radkins@bakerlaw.com
Bruce H. Searby, Esq. - bsearby@searby.law
Kimberly Morris, Esq. - kmorris@bakerlaw.com

//
//
//
//

1  This Certificate is executed on December 11, 2020, at Los
2 Angeles, California.
3  I certify under penalty of perjury that the foregoing is true
4 and correct

*Belinda D. Tungue*