| | |
|---|---|
| Name | Michael Devereux (SBN 225240) |
| Address | 9171 Wilshire Boulevard, Suite 500 |
| City, State, Zip | Beverly Hills, California 90210 |
| Phone | (424) 444-0883 |
| Fax | |
| E-Mail | mike@wex.law |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S), <br> v. <br> JULIAN OMIDI, et al, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CR 17-00661-DMG <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___SURGERY CENTER MANAGEMENT, LLC___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☒ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___01/25/2021___. Entered on the docket in this action on ___1/26/21; Dkt 943 under seal___.

A copy of said judgment or order is attached hereto.  (Order is provisionally filed under seal.)

| | |
|---|---|
| 2/6/2021 | *Michael S. Devereux* |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).