Michael S. Devereux  (State Bar No. 225240)
WEXFORD LAW
9171 WILSHIRE BOULEVARD, SUITE 500
BEVERLY HILLS, CALIFORNIA  90210
TELEPHONE: (424) 444-0883

Attorney for Defendant, SURGERY CENTER MANAGEMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JULIAN OMIDI, et al,<br><br>           Defendant. | Case No.: CR 17-00661-DMG<br><br>DEFENDANT SURGERY CENTER MANAGEMENT'S JOINDER IN CO-DEFENDANT JULIAN OMIDI'S OPPOSITION TO MOTION TO QUASH SUBPOENA<br><br>HON. DOLLY M. GEE |

PLEASE TAKE NOTICE that on April 28, 2021 at 2:30 p.m., or as soon thereafter by video conference or in attendance, as counsel may be heard, Defendant Surgery Center Management, through their counsel of record, Michael S. Devereux, will ask to join in co-defendant's Omidi's Opposition (dkt #1023) to the Motion to Quash Subpoena (dkt #1014) to the extent it applies to Surgery Center Management.

///

///

///

This joinder is based upon the opposition filed by co-defendant Julian Omidi, as well as all filings and records in this case and such further evidence as may properly be presented to the Court.

Dated: April 22, 2021     WEXFORD LAW,

*Michael S. Devereux*

Michael S. Devereux
Attorney for Defendant
SURGERY CENTER MANAGEMENT