## DECLARATION OF CINDY OMIDI

I, Cindy Omidi, declare and say:

1. I am the President of Property Care Insurance, Inc. Property Care Insurance is the owner of the funds and securities which were seized by the government of the United States on June 4, 2014, and June 19, 2011, and were in Deutsche Bank accounts No. 5XL-06636, Bank of America account numbers 11548-63195 and 11548-63190, and all other funds in the government's possession from Property Care.

2. Surgery Center Management, LLC., and other companies, including Independent Medical Services, Beverly Hills Surgery Center, LLC., Valley Surgical Center, LLC., San Diego Ambulatory Surgery Center, LLC., Orange Grove Ambulatory Surgery Center, LLC., and several other companies, were the insured's of Property Care Insurance, Inc., during the period 2010 through 2014. Julian Omidi was the consultant to Surgery Center Management and the various surgery centers which Surgery Center Management managed. Julian Omidi, Surgery Center Management, and Independent Medical Services have asserted a right to coverage for his conduct within the course and scope of his duties from the various surgery centers and Surgery Center Management. The United States government has made a claim against Surgery Center Management, Independent Medical Services, and Mr. Omidi, in the cases of *United States v. Julian Omidi*, US District Court, Central District of California, Case No. 17 CR 00661, and in the case of *United States v. Approximately $107,539,442.29 in Funds and Securities*, US District Court, Central District of California, Case No. 18 CV 3855, arising out of and in connection with various activities within the course and scope of the insurance coverage from Property Care Insurance.

3. Property Care Insurance has agreed pursuant to its insurer obligations to defend these entities under a Reservation of Rights whereby Property Care insurance recognizes that Julian Omidi is entitled to defense as a consultant to Surgery Center Management, and that Surgery Center Management and Independent Medical Services have made a timely claim for defense as of April 25, 2019. Property Care Insurance has agreed to defend each of these entities under its

1

insurance obligations to them.  Property Care Insurance will not defend or indemnify these entities for any other claim, causes of action, events, transactions, or liabilities prior to the claims which each of these entities have made as of April 25, 2019, and hereby reserves the right to assert claim of statute of limitations, failure to make a timely claim, and latches for any other or additional claims.

3.  Property Care Insurance, Inc., has agreed to defend, but not indemnify, the above-indicated persons and entities under a Reservation of Rights where some but not all of the claims in the two (2) lawsuits indicated above allege willful and intentional misconduct where indemnification is prohibited under Insurance Code section 533.  However, defense of such claims is not so prohibited.  To the full extent permitted by law, Property Care Insurance will pay for the defense of these individuals and entities should money be available to make such payments or distributions from the funds which were seized from Property Care Insurance by the federal government on June 4, 2014, and June 19, 2014.

4.  On behalf of Property Care Insurance, Inc., I hereby authorizes to the fullest extent possible and according to law the use of the funds in these accounts by Julian Omidi, Surgery Center Management, LLC., and Independent Medical Services, Inc. for the purpose of their, and each of their, defenses in the cases of *United States v. Julian Omidi*, US District Court, Central District of California, Case No. 17 CR 00661, and in the case of *United States v. Approximately $107,539,442.29 in Funds and Securities*, US District Court, Central District of California, Case No. 18 CV 3855.  Property Care Insurance hereby declares a distribution to Julian Omidi, Surgery Center Management, LLC., and Independent Medical Service, Inc., of such funds belonging to Property Care Insurance but in the possession and custody of the federal government to pay for all reasonable and necessary defense costs in the above-indicated legal proceedings.

5.  Property Care Insurance authorizes the Court to permit the withdrawal of such funds or securities from the accounts in which they are currently held with the United States government to be expended to the attorneys and those working on behalf of and for Julian Omidi, Surgery Center Management, LLC., and Independent Medical Services, Inc., for all costs, expenses, fees, experts, investigators, assistants, or other necessary and reasonable obligation in connection

2

with the defense of these actions. Property Care Insurance hereby reserves the right to revoke this authorization consistent with the duties of the company at such time as I or the company may, in my or the company's discretion, deem such revocation to be necessary, proper, or appropriate.

6. Julian Omidi, Surgery Center Management, LLC,, and Independent Medical Services, Inc., are claimants of Property Care for defense of the above-indicated actions. They, and each of them, have asserted injury from third parties where they are covered as Property Care's insureds and a direct right to defense arising out of and due to the conduct of third parties where they are covered as Property Care's insureds. Property Care is under a duty to defend them based on such claims arising out of both the 17 CR 00661 and18 CV 3855 cases. Julian Omidi, Surgery Center Management, LLC., and Independent Medical Services, Inc., are hereby transferred, assigned, conveyed, and given the property right to seek distribution from the federal government of such funds in the hands of the federal government belonging to Property Care Insurance, and to act in their own name or the name of Property Care Insurance to obtain, receive, or otherwise secure distribution form the federal government of monies, property, or securities necessary to fulfill Property Care Insurance's obligations to them and to pay for their defense in the 17 CR 00661 and 18 CV 3855 cases.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. Executed this 23rd day of May, 2019, at Los Angeles, California.

Cindy Omidi