Michael S. Devereux  (State Bar No. 225240)
**WEXFORD LAW**
9171 WILSHIRE BOULEVARD, SUITE 500
BEVERLY HILLS, CALIFORNIA  90210
TELEPHONE: (424) 444-0883

Attorney for Defendant, SURGERY CENTER MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00661(A)-DMG |
| Plaintiff, | |
| vs. | [*Assigned to Hon. Dolly M. Gee, US District Court Judge*] |
| JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC, and MIRALI ZARABI, M.D., | **OSC: RESPONSE TO DKT #1173, FILING EXHIBITS UNDER SEAL; DECLARATION; ATTACHMENT** |
| Defendants. | |

TO THE CLERK OF THE COURT:

Defendant, Surgery Center Management, LLC., submits this

Response to the Court's August 9, 2021, Order to Show Cause for

failure to submit exhibits 1 to 121 to file under seal, docket# 1173.

re: Exhibits 1 to 121. The Exhibits were initally delivered by email to

the Court on August 4, 2021, along with the request to file under

seal.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEXFORD LAW

However, because of the magnetitude of the electronic file the Exhibits were too voluminous to be successfully opened by the Court.  Hence the Court requested that Counsel resend the files in a accessible format.

Not knowing the technical specifics for the reason(s) that the Court did not have accessibility to the file (that the defense had no trouble to read) Counsel decided to determine how best to reduce the pdf with the convenience to email and be browsed electronically.

The first attempt was to reduce the file using an Adobe product.  The results went from a file size from 799,650 kb to 777,911 kb.

Since it appeared this the reduction wasn't significant enough to simplify email, yet alone to browse, the next step was to consider breaking the file down into multiple segments.  After awhile, this methodology appeared too budensome, so the next thought was to try a manner to compress the file size.  Counsel tried to compress using WinZip but the results were not that significant.

The following step was to purchase software to determine if it would help.  Counsel purchased software that was not related to Microsoft and Adobe to specifically to compress pdf files, but the

2

results were disappointing to learn that the file size was reduced only from 799,650 kb to 745,638 kb.

Unfortunately after those attempts Counsel was not only at a lost, but then was distracted by other court appearances.

After finally conceding the idea to transmit the file electronically, it was decided to copy the file onto a flash drive and secure it with bitlocker.  The flash drive, has since been tested on three different computers with different versions of Windows 10.

The flash drive, along with a cover letter containing the password has been delivered Fed Ex earlier today with a request for overnight delivery.  The Fed Ex tracking number is 7745 0044 8868 with delivery set for August 11, 2021.

Dated:  August 10, 2021


By:   *Michael Sean Devereux*

Michael Sean Devereux
Attorney for Defendant
SURGERY CENTER MANAGEMENT, LLC

WEXFORD LAW

3

## <u>DECLARATION OF MICHAEL S. DEVEREUX</u>

I, Michael S. Devereux, declare:

1. I am the attorney of record for Defendant Surgery Center Management, LLC (SCM) herein.  I am duly licensed to practice before all courts of the State of California, including but not limited to the Ninth Circuit Court of Appeals, along with the Central, Eastern, Southern & Northern Districts of California for the United States District Court. The matters set forth herein are within my own personal knowledge or is based on information and belief wherein I believe the information I received to be true.

If called to testify to the contents hereof, I would and could so do as matters within my own personal knowledge which I know to be true, or, on information and belief, which said information I believe to be true and therefore form my belief.

2. I have had attempted many different manners to produce the file to the Court as stated above.

3.  A secured flash drive containg the file has been created.

4. The secured flash drive has been tested successfully on three different versions of Windows 10.

5. The flash drive along with its password has been delivered to FedEx for a scheduled delivery on August 11, 2021.

6. The FedEx tracking number is 7745 0044 8868.

4

7. The attached is a true and accurate FedEx shipping label for the flash drive.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2021, at Beverly Hills, California.

/s/ *Michael S. Devereux*

Michael S. Devereux

WEXFORD LAW

5



ORIGIN ID:BABA   (424) 444-0883
MICHAEL DEVERELIX
WE\FORD LAW
9171 WILSHIRE BOULEVARD, STE 500

BEVERLY HILLS, CA 90210
UNITED STATES US

SHIP DATE: 10AUG21
ACTWGT: 0.75 LB
CAD: 9153183/INET4400

TO KANE TIEN, CLERK
UNITED STATES COURT HOUSE
350 WEST 1ST STREET
COURTROOM 8C,  EIGHTH FLOOR
LOS ANGELES CA 90012
(213) 894-5452

BILL SENDER

**WZ EMTA**

TRK#
0201

7745 0044 8868

WED - 11 AUG 4:30P
STANDARD OVERNIGHT

90012
CA-US                                LAX

56DJ1/BAF3/FE4A

FedEx
Express

J212021078901urr

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.