1  Michael S. Devereux  (State Bar No. 225240)
    WEXFORD LAW
2  9171 WILSHIRE BOULEVARD, SUITE 500
3  BEVERLY HILLS, CALIFORNIA  90210
    TELEPHONE: (424) 444-0883
4

5  *Attorneys for Defendant*, SURGERY CENTER MANAGEMENT, LLC.

6

7                  UNITED STATES DISTRICT COURT

8              FOR THE CENTRAL DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,              Case No.: CR 17-661-DMG
10
11                                        **DEFENDANT SURGERY CENTER
                    *Plaintiff*,          MANAGEMENT LLC.'S APPLICATION
12                                        TO WITHDRAW EXHIBITS;
          *vs*.                           [PROPOSED] ORDER**
13
14                                        HON. DOLLY M. GEE
15
    SURGERY CENTER MANAGEMENT,
16  LLC. *et al*.,
17
18                  *Defendants*.
19

20       Surgery Center Management, LLC, by and through their counsel of record,

21
22  Michael S. Devereux, hereby applies for an order to withdraw exhibits that were received

23  before the Court on or about August 12, 2021, and entered in docket ## 1183, 1184.

24  ///

25
26  ///

27  ///
28

1   These exhibits were not used and there is no purpose for them.

2

3   Dated:  September 12, 2021                    Respectfully submitted,

4                                                          WEXFORD LAW,

5

6                                                        *Michael Devereux*

7                                                     Michael S. Devereux
                                                      Attorney for Defendant
8                                          SURGERY CENTER MANAGEMENT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2** | P a g e