# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 17-661(A)-DMG |
| v. | |
| SURGERY CENTER MANAGEMENT, LLC  Defendant(s). | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>SURGERY CENTER MANAGEMENT, LLC</u> ☐ Plaintiff  x Defendant  ☐ Other _____
*Name of Party*

to substitute      <u>Elon Berk, Esq.</u>      who is

X   Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

<u>15250 Ventura Blvd., Suite 1220</u>
*Street Address*

<u>Sherman Oaks, California 91403</u>          <u>EBerk@CrimLawLA.com</u>
*City, State, Zip*                                                *E-Mail Address*

<u>818-205-1555</u>          <u>818-205-1559</u>          <u>209642</u>
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of      <u>Michael Sean Devereux, Esq.</u>
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**      ☒ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  March 17, 2022                              *[signature]*
                                                   Dolly M. Gee, U. S. District Judge