ELON BERK, ESQ. (SBN 209642)
GUROVICH, BERK & ASSOC.
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Tel: 818-205-1555
Email: eberk@crimlawla.com
Attorneys for Defendant,
Surgery Center Management, LLC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

*vs.*

JULIAN OMIDI and SURGERY CENTER
MANAGEMENT, LLC,

        Defendants.

Case No. CR 17-00661(A)-DMG

**DECLARATION OF EXPERT
MICHAEL SEDRAK, M.D.**

-1-

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

## DECLARATION OF MICHAEL SEDRAK, M.D.

I Michael Sedrak, M.D., declare and say:

1. I am a Medical Doctor licensed to practice medicine in the State of California.

2. I graduated from the University of California at Riverside with a BA Degree in 1997. I graduated from the University of South Alabama College of Medicine in 2001. I completed my Internship in the Department of Surgery at Cedars Sinai Medical Center in Los Angeles, California in 2003. I completed my Residency in the Department of Surgery at Charles R. Drew University of Medicine and Science in 2004. I completed an additional Residence in the Department of Surgery at New York University School of Medicine in 2006. I completed my Fellowship at the Regenerative Bioengineering and Repair Laboratory at the University of California at Los Angeles School of Medicine in 2008. My Post-Graduate Education was completed at the University of California at San Diego in 2010.

3. I was Medical Director of One Legacy Physicians Group in Los Angeles from 2006-08. I am a Board Certified Diplomat of the American Board of Surgery. I was previously a medical reviewer for the Medical Board of California. I have served on the faculty of USC and UC San Diego. I provided independent contractor medical services as a bariatric surgeon from approximately 2012-2014 to patients associated companies related to this case. I have 15 years of experience in weight loss surgery standards and practices to include insurance protocols in the area of my practice in Southern California. I have extensive bariatric surgical experience, including use of the Lap Band, and the diagnosis, care, and treatment of morbidly obese individuals, including the co-morbidities associated with obesity. This includes diagnosis of sleep apnea and extensive interpretation of sleep studies. My CV is attached.

4. By virtue of my foregoing background, education, training, and experience, I am familiar with principals of medical causation in general, and with specific principals of medical causation for Lap Band surgeries and related sleep studies, along with principles of insurance coverage applicable to this case. Further, based on my education, training, and experience, I am familiar with the standard of care for surgery centers and weight loss surgery in the Southern California area currently and at all times relevant in this case.

5. I was retained by Surgery Center Management LLC. to review and evaluate:
(a) the government's theory of loss that sleep studies were altered in order to create medical necessity; *i.e.*, to fabricate a comorbidity for approval in patients who otherwise would not meet criteria for Lap Band surgery, and
(b) to opine on the loss calculations in the report of the government's expert, Michael Petron ("Petron").

DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.

CASE NO. 17-cr-00661
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

6. In order to prepare this declaration, my review included: the Superseding Indictment, portions of the Trial Transcript, Petron's reports to include the initial, first, second and third supplemental reports, the medical and billing records pertaining to the 250 patients in the Petron random sample list. My review included the sleep study reports obtained from Michael Zarrabi, Sherwin Hong, and Charles Klasky, along with other relevant sleep study reports that were provided in the records. I also reviewed and relied on FDA criteria and scientific literature regarding qualifications and medical necessity of the Lap Band procedure, and scientific literature on sleep studies and treatment of sleep apnea in the obese population. My report is based on available information, and I reserve the right to update or amend it should there be addition information provided to me.

7. My review indicates that it does not appear that insurance plan benefit documents or summary plan descriptions were ever obtained or relied on to determine the exact coverage requirements for any patient in the Petron loss reports. In normal practice bariatric practices with out of network providers in greater Los Angeles area from 2010-2016, a significant majority of patients have self-insured insurance coverage. This means that each self-insured plan has its own coverage guidelines. There is no reference in Petron's report to any such plans. For this reason, I relied on the FDA and standard of care guidelines in rendering my evaluation and report. The FDA product labeling in the 2011 Summary of Safety and Effectiveness for the "Lap Band" names multiple weight related comorbid conditions to include diabetes, hypertension, back pain, depression, gallbladder disorder, gastroesophageal reflux, hypercholesterolemia, hypertriglyceridemia, metabolic syndrome, osteoarthritis, respiratory abnormalities, sleep apnea, urinary incontinence, and venous stasis. Also, the FDA report stated that patients with BMI ranges of 30-40 would qualify for Lap Band surgery with an obesity related comorbidity.

8. A significant limitation of the Petron report is that a licensed physician did not provide the parameters as to what constitutes medical necessity in order to determine loss. Petron acknowledges this grave limitation in a footnote in his report: "I make no independent determination what is or is not medically necessary and/or what constitutes an Altered Sleep Study." GT_EXPERT_00000409. Petron added, "[f]urther, I will rely upon others to determine the amount of intended and/or actual loss associated with each sample unit." Id. However, to determine what the loss is in this sample unit, someone had to provide correct medical necessity parameters in order to determine if any sleep study report alteration materially resulted in a loss. My review indicates this was not done, rendering Petron's conclusions illogical and wholly unreliable, and further resulted in exponential and unmerited loss calculations, as I will explain further below.

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

9. Instead of valid medical necessity parameters, my review indicates that the government provided Petron the parameters to use, without considering the effect of these parameters on medical necessity.  This error by itself renders the entirety of the Petron report unreliable for the determination of loss.  As one example, during Petron's trial testimony, contrary to the testimony of the government's own sleep expert, Petron advanced a theory of loss that a one (1) point alteration in the AHI constituted fraud.  After trial, Petron abandoned this parameter and used a new parameter that fraud is any alterations in AHI which affects the classification severity of sleep apnea. However, this theory is also faulty as to the determination of medical necessity and fraud because it critically and inexplicably ignores the patients' clinical conditions.  For example, if a patient has a BMI of 40 or higher, qualification for the Lap Band procedure is met without any necessity of an associated comorbidity. In my extensive experience with the insurance approval of bariatric patients for surgery, virtually all insurance companies accept a patient with a BMI of 40 or higher alone as meeting the qualification for Lap Band surgery, without the need for an associated comorbidity.  Accordingly, an altered sleep study in the population of patients with a BMI of 40 or higher cannot result in a loss because the alteration is immaterial to medical necessity and for insurance qualification.  The harm to the health of patients with morbid obesity is extensively documented, and without treatment they have a much greater risk of early death and morbidity.  This is the main reason why the FDA has recommended surgical treatment of these patients *solely* based on their BMI of 40 or over.  Nevertheless, the final Petron report erroneously attributes a loss to any patient who had an altered level of sleep apnea from that which is in listed in the Michael Zarrabi technician report.  To a reasonable degree of medical certainty, the Petron report's assessment of loss is unreliable and should not be relied on for loss determination because it is untethered to any accepted measure of medical necessity.

10. Another major fault of the Petron report is that it wholly ignored the frequent, and inexplicable alterations in the sleep study reports he analyzed.  For example, out of a total population of 8109 patients, Petron selected a sample of 250 patients to analyze.  Out of these 250 patients, 150 patients *already* had a BMI of 40 or higher.  As discussed above, a BMI of 40 or higher *alone* for virtually all insurance companies constitutes automatic qualification for Lap Band Surgery.  My review of the trial testimony on this issue confirms that this fact was undisputed by all witnesses, to include the insurance company witnesses.  Also, the government stated it is not "in dispute in this case" and insurance company representatives "will testify" that "a BMI of over 40[] would constitute medical necessity," Tr. 919, and the Court stated "I think we've heard that over and over again." Tr. 920.  However, rendering the Petron report materially unreliable is its complete disregard of the fact that from the 250 patient sample, 111 of the 150 patients (74%) had an altered sleep study; *i.e.*, either the AHI or respiratory data in the sleep reports were altered, or both.  The Petron report provides no explanation for these extensive meaningless alterations, nor

-4-

is there any communication with the government discussing these alterations. It is common knowledge to anyone dealing with bariatric patients that these alterations would have no causal effect on medical necessity, insurance company qualification for Lap Band surgery, or loss, but nevertheless these inexplicable alterations occurred in 74% of patients with a BMI of 40 or higher in the Petron 250 patient sample. Extrapolated to the total population of 8109 patients, 3600 patients with a BMI of 40 or higher had inexplicable altered sleep studies which the Petron report does not even acknowledge. The alterations of the sleep studies in this morbidly obese population are frankly bizarre and lack to my knowledge a rational purpose, lawful or unlawful, and show no pattern or direction for causing a loss. The Petron report is unreliable because no valid export report on loss can ignore the 74% frequency of altered sleep studies for thousands of patients, where the alterations have no relationship to medical necessity or loss. Enormously concerning is that there is no evidence the Petron report even sought an explanation for these illogical alterations. Moreover, my review of the medical records shows the vast majority of the patients in the Petron 250 patient sample had significant obesity related comorbidities, and many times multiple comorbidities, which further renders the alterations of sleep studies in these patients as irrational. In sum, given the breadth of the extremely unusual alterations in the sleep study reports in the Petron sample which have no effect on loss or medical necessity, and the fact that there is no acknowledgement, let alone explanation for these alterations, renders the Petron report unreliable in the determination of loss. A similar analysis applies to my analysis of the patients with a BMI of 35-40 in the Petron sample. My review of the medical records shows that almost all these patients had obesity related comorbidities, where no alteration of the sleep studies was required for Lap Band approval.

11. Another major limitation of the Petron report is its reliance on the Michael Zarrabi draft technician reports. Sleep study data are recorded electronically by specialized equipment. Generally, a technician will transfer the data from the equipment to a medium to be analyzed by a physician. The physician will, under the normal course of his practice, make any necessary corrections to the interpretation of the data from the sleep technician. Sleep study results must be interpreted by a licensed physician who had familiarity in the area. The Michael Zarrabi draft technician reports (a) are not final reports, (b) and cannot be relied upon as an actual medical diagnosis or conclusion because they were never interpreted by a licensed physician. My review of the trial transcript indicates that the government never obtained the Dr. Zarrabi reports, which apparently were maintained on the FTP site. The failure to obtain the Dr. Zarrabi reports renders the Petron report unreliable because *only* a licensed doctor can provide a *diagnosis*, not a technician.

12. Furthermore, my review of the transcript shows that the Michael Zarrabi draft technician reports were often flawed because they missed significant apneic episodes,

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

and in an email to Charles Klasky, Michael Zarrabi stated that he used his "imagination" to score reports. Further, my review of the portion of the trial testimony regarding the accuracy of the Michael Zarrabi draft technician reports shows that due to underlying incomplete or invalid data, the government's physician witness Dr. Neil Kline was unable to score approximately 80-90% of the studies Michael Zarrabi nevertheless scored. This is a major issue because if there is incomplete or invalid underlying data, the actual number of apnea episodes will be missed, resulting in erroneous reporting of lower sleep apnea levels than the patient's true sleep apnea level. Accordingly, 80-90% of Michael Zarrabi draft technician reports cannot be relied on for a reasonable determination of loss. This error alone is fatal to the reliability of the Petron report whose entire basis for determining loss is that the Michael Zarrabi draft technician reports are accurate, and alteration from these reports constitutes fraud.

13. Evaluation of the clinical picture of the patients corresponding to the Michael Zarrabi draft technician reports relied on in the Petron report further establishes the inaccuracy of the Michael Zarrabi reports, and the error of relying on these reports for a reasonable determination of the sleep apnea diagnosis. The following patients are a sample of the Petron patients where Michael Zarrabi draft technician report shows no sleep apnea, but the clinical picture strongly suggests the existence of sleep apnea:

   a.      G.A. was a 21 year old female with a BMI of 37.76 at initial consultation on December 13 2010. The patient presented and reported a medical diagnosis of obstructive sleep apnea. However, the Michael Zarrabi draft technician report shows an AHI of 2.8 which is interpreted as not significant. The patient also reported in her intake forms a history of sleep apnea. Berlin questionnaire is positive and she reports snoring nearly every day, feeling tired or fatigued after sleeping, nearly every day; and feeling tired or fatigued during normal waking time nearly every day, and even admitted to nearly nodding off or falling asleep while driving a vehicle. A later 12/20/2010 history and physical taken by another provider, the patient further reported headaches and migraines, and confirmed sleep apnea and excessive snoring. Further, patient was prediabetic and had hypercholesterolemia, giving her a diagnosis of morbid obesity. Based on my training and experience, the Michael Zarrabi draft technician report suggesting no sleep apnea diagnosis is not consistent with the clinical presentation that is otherwise consistent with having a sleep apnea diagnosis. Further, clearly, this pateint was qualified her for Lap Band, regardless of any sleep apnea diagnosis.

   b       M.C. was a 31 year old female with BMI of 46.51 who reported that she can't sleep in the same bed as her husband. The Michael Zarrabi draft

-6-

technician report listed an AHI of 2.4.  The patient appears to have a short neck on her photo ID.  It is very unlikely that a patient with a BMI over 46 and a short neck would not have some degree of sleep apnea.  Of note, the letter of medical necessity and submitted clinical records requesting authorization for lap band surgery did not even list a diagnosis of sleep apnea in the request, nor did a sleep study report get submitted with the request.

c.     T.F. was a 33 year old female who presented with a BMI of 37.9 and a diagnosis of sleep apnea at the time of her initial consultation along with hypertension and seizures. She reported difficulty breathing and on positive findings on a Berlin sleep questionnaire.  In her photo ID she has a short neck. However, the Michael Zarrabi draft technician report lists an AHI of 2.1. This patient would have been expected to have some degree of sleep apnea and the technician's report is inconsistent with the clinical findings and the patient's established diagnosis of sleep apnea.

d.     D.G. was a 20 year old female with a BMI of 44 and reported having sleep apnea at her initial visit, as well as snoring and difficulties breathing. The Michael Zarrabi draft technician report listed an AHI of 3.5.  This is clearly inconsistent with patient's established diagnosis of sleep apnea.

e.     M.G. was a 30 year old with a BMI of 52 who presented with a pre existing diagnosis of sleep apnea and hypertension. Her Berlin questionnaire was positive and she reported nodding off while driving. The Michael Zarrabi draft technician report states an AHI of 4.2, which is inconsistent with her established diagnosis of sleep apnea and the clinical findings.

f.     L.H. was a 22 year old female who had an initial AHI of 6.6 with a BMI of 47. With her high BMI and mild sleep apnea, she would have qualified for a CPAP titration study and benefited from treatment with CPAP.

h.     A.M. was a 33 year old female who had a BMI of 44 with hypertension and headaches.  She had a positive Berlin sleep questionnaire and reported daytime sleepiness and snoring, which bothers other people.  She has a short neck in her photo ID.  However, the Michael Zarrabi draft technician report stated an AHI of 4.3.  The clinical picture is that there should be some degree of sleep apnea and is inconsistent with the technician report.

i.     D.M. was a 26 year old female with a BMI 38.7 who reported loud snoring, daytime sleepiness, and headaches in the morning. However, the Michael Zarrabi draft technician report stated an AHI of 2.  The clinical picture

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

CASE No. 17-cr-00661
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

is that there should be some degree of sleep apnea and is inconsistent with the technician report.

j.      M.O. was a 37 year old female who initially presented and reported already being on CPAP for sleep apnea. Her AHI was 48.4 showing severe sleep apnea. It does not make sense that this is a loss patient in Petron's report and indicates another clear failure of the Petron report to review any clinical records.

k.      C.R. was a 27 year old female who presented with a BMI of 47.6 and reported sleep apnea on the initial visit and difficulty breathing, as well as excessive snoring and hypertension; she also reported migraines and breathing pauses during sleep, daytime sleepiness, and headaches in morning. Berlin questionnaire was positive, her snoring bothers other people, and she has daytime fatigue. Neck is short on photo ID. The Michael Zarrabi draft technician report states an AHI of 1.6, which is inconsistent with her established diagnosis of sleep apnea and the clinical findings.

l.      J.R. was a 30 year old female with a BMI of 41.56 and hypertension and migraines. On 12/17/2011, Dr Stephanie Roberts reported the patient as having loud snoring, breathing pauses during sleep, daytime sleepiness, migraines, headaches in the morning, and insomnia as well as hypertension. Physical exam identified a short neck. AHI on the Michael Zarrabi draft technician report was 4.1. The clinical picture is that there should be some degree of sleep apnea and is inconsistent with the technician report.

m.      L.S. was a 17 year old female with a BMI of 41, and presented with a pre-existing diagnosis of sleep apnea confirmed by a referral letter from her primary physician. The patient also reported sleep apnea at initial exam. The Michael Zarrabi draft technician report stated the AHI was 3.1, which is inconsistent with her established diagnosis of sleep apnea and the clinical findings.

n.      C.U. was a 41 year old female with a BMI of 47, and presented with a pre-existing diagnosis of sleep apnea and asthma. The patient came in for Lap Band *removal* which she had in Mexico two years prior. It does not make sense that this is a loss patient in Petron's report, and is indicative of yet another material failure of the Petron report to conduct any review of the patient's clinical record.

The above findings show that to a reasonable degree of medical certainty, the Michael Zarrabi technician draft sleep study reports are unreliable and should not

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

have been used as a diagnosis, or as a basis for any analysis or conclusion, to include loss determination.

14. My review of the record shows that Dr. Atul Madan, the bariatric surgery program coordinator at the facilities, a licensed independent practitioner and medical director for the program, followed American Society for Metabolic and Bariatric Surgery and literature recommendations to have all bariatric candidates evaluated by sleep study for sleep apnea, due to the high incidence of obstructive sleep apnea in the morbidly obese population and the consequences of undiagnosed and/or untreated sleep apnea in bariatric or any higher risk patients undergoing general surgical procedures.  Therefore, all initial sleep studies were medically indicated.

15. All patients with any degree of sleep apnea (mild, moderate or severe) benefit from CPAP treatment. Therefore, the CPAP titration studies for these patients and prescription of the CPAP durable medical devices were medically necessary.  With respect to the few patients in the Petron sample where the Michael Zarrabi draft technician report showed no sleep apnea, for the majority of these patients my opinion is that technician's reports were defective because they are inconsistent with the clinical picture of the patients, and this was not addressed in the Petron report. To a reasonable degree of medical certainty, it cannot be said that these patients did not have sleep apnea, and a loss amount should not be attributed to them.

16. In those instances where there were alterations in sleep studies, my review indicates that the alterations for the vast majority of patients which did not serve any purpose, such as a directed or patterned scheme to defraud or cause a loss.  It is obviously possible in any large sample size of patients to myopically select a few patients in order to advance a desired theory of loss.  For example, as discussed above, the Petron report counted a loss for any patient who had an altered level of sleep apnea, without consideration of medical necessity, insurance company qualification criteria for the Lap Band, or anything else, that in error produced a loss of hundreds of millions of dollars.  However, I have reviewed the medical records of the 250 sample patients, and my evaluation shows these patients, with rare exception, were extremely sick with significant obesity related comorbidities, and were at significant risk of death and developing other comorbidities.   To a reasonable degree of medical necessity, my review shows that the vast majority of these patients would have met medical necessity for Lap Band surgery without an altered sleep study, and there is no discernable rational basis for the alterations of sleep studies in this sample, such as part of a fraudulent scheme to cause a loss, or otherwise.

17. For multiple distinct and independent reasons noted above, the Petron report is wholly unreliable and materially deficient, and should not be relied on for any

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**

1   reasonable determination of a loss amount.

2         I declare under the penalty of perjury under the laws of the United States that
3   the foregoing is true and correct to the best of my knowledge. This declaration was
4   executed on this 15th day of February, 2023, at Los Angeles, California.

5
6
7                                          _____
                                           Michael F. Sedrak, M.D.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-10-

**DECLARATION OF EXPERT MICHAEL SEDRAK, M.D.**                     CASE No. 17-cr-00661
                                                                  UNITED STATES DISTRICT COURT
                                                                  CENTRAL DISTRICT OF CALIFORNIA

EXHIBIT A

| Name | BMI 40 or Higher | BMI 35 or Higher | BMI 30 or Higher | GT_MZ | CK_Search | CKSearch Respir Data | Hong GT_SH | Hong Respir Data |
|------|------------------|------------------|------------------|-------|-----------|---------------------|------------|------------------|
| A.A. | With Multiple Obesity Related Comorbidities | | | 16.8 | 16.8 | Not 3:1 | 16.7 | 3:1 Ratio |
| J.A. | With Multiple Obesity Related Comorbidities | | | 54.6 | 54.6 | 3:1 Ratio | 54.6 | 3:1 Ratio |
| C.A. | With Multiple Obesity Related Comorbidities | | | 9.4 | 33.6 | 3:1 Ratio | None | |
| J.A. | With Multiple Obesity Related Comorbidities | | | 9.1 | 32.9 | 3:1 Ratio | 32.9 | 3:1 Ratio |
| Z.A. | With Multiple Obesity Related Comorbidities | | | 9.2 | 9.2 and 20.2 | 3:1 Ratio for 20.2 AHI | 20.2 | 3:1 Ratio |
| V.A. | With Multiple Obesity Related Comorbidities | | | 12.8 | 21.8 | 3:1 Ratio | 21.8 | 3:1 Ratio |
| D.A. | With Multiple Obesity Related Comorbidities | | | 23.3 | 31.2 | 3:1 Ratio | 31.2 | 3:1 Ratio |
| B.A. | | With Multiple Obesity Related Comorbidities | | 0 | 27.8 | 3:1 Ratio | 27.8 | 3:1 Ratio |
| D.A. | With Multiple Obesity Related Comorbidities | | | 2.9 | 24 | 3:1 Ratio | 24 | 3:1 Ratio |
| G.A. | | With Multiple Obesity Related Comorbidities | | 2.8 | 15.8 | 3:1 Ratio | 15.8 | 3:1 Ratio |
| B.A. | | With Multiple Obesity Related Comorbidities | | 15.2 | 15.2 | 3:1 Ratio | 15.2 | 3:1 Ratio |
| M.B. | | 35 (5-7, 228), Chart Incomplete | | 3.2 | 6.8 | Not 3:1 | NONE | |
| S.B. | With Obesity Related Comorbidity | | | 1.8 | 23.2 | 3:1 Ratio | 23.2 | 3:1 Ratio |
| Y.B. | With Multiple Obesity Related Comorbidities | | | 10.3 | 10.3 | Not 3:1 | NONE | |
| C.B. | BMI over 40, chart incomplete | | | 10.3 | 23.4 | 3:1 Ratio | 23.4 | 3:1 Ratio |
| V.B. | With Multiple Obesity Related Comorbidities | | | 6.6 | 36.6 | 3:1 Ratio | 36.6 | 3:1 Ratio |
| R.B. | | With Multiple Obesity Related Comorbidities | | 3.3 | 6.4 | Not 3:1 | 6.4 | 3:1 Ratio |
| J.B. | With Multiple Obesity Related Comorbidities | | | No PSG Report | 18.2 | 3:1 Ratio | 18.2 | 3:1 Ratio |
| J.B. | With Multiple Obesity Related Comorbidities | | | 4.8 | 16.7 | 3:1 Ratio | 16.7 | 3:1 Ratio |
| M.B. | With Multiple Obesity Related Comorbidities | | | 2.9 | 2.9 | Not 3:1 | 2.9 | Not 3:1 |
| L.B. | With Multiple Obesity Related Comorbidities | | | 15.2 | 32.1 | 3:1 Ratio | 32.1 | 3:1 Ratio |
| J.B. | With Multiple Obesity Related Comorbidities | | | 16.8 | 16.8 | Not 3:1 | 16.8 | 3:1 Ratio |
| E.B. | With Multiple Obesity Related Comorbidities | | | 83.1 | 62.5 | 3:1 Ratio | 62.5 | 3:1 Ratio |
| D.B. | | With Multiple Obesity Related Comorbidities | | 3.6 | 16.4 | 3:1 Ratio | 16.4 | 3:1 Ratio |
| S.B. | | With Multiple Obesity Related Comorbidities | | 25.5 | 25.5 | Not 3:1 | 25.5 | Not 3:1 |
| L.B. | With Multiple Obesity Related Comorbidities | | | 9.2 | 10.9 | Not 3:1 | NONE | |
| R.B. | With Multiple Obesity Related Comorbidities | | | 1.1 | 1.1 | Not 3:1 | 1.1 | 3:1 Ratio |
| I.B. | | With Multiple Obesity Related Comorbidities | | 5.2 | 16.6 | 3:1 Ratio | 16.6 | 3:1 Ratio |
| C.B. | | With Multiple Obesity Related Comorbidities | | 9 | 16.8 | 3:1 Ratio | | 3:1 Ratio |
| D.B. | With Multiple Obesity Related Comorbidities | | | 9.7 | 32.2 | 3:1 Ratio | 32.2 | 3:1 Ratio |

| Initials | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C.C. | With Multiple Obesity Related Comorbidities | | | 59.1 | 59.1 | Not 3:1 | 59.1 | Not 3:1 |
| M.C. | | With Multiple Obesity Related Comorbidities | | 1.2 | 16.3 | Not 3:1 | 16.3 | 3:1 Ratio |
| W.C. | | With Multiple Obesity Related Comorbidities | | 33.7 | 33.7 | Not 3:1 | 33.7 | Not 3:1 |
| L.Z. | | With Multiple Obesity Related Comorbidities | | 11.7 | 20.3 | 3:1 Ratio | 20.3 | 3:1 Ratio |
| K.C. | | With Multiple Obesity Related Comorbidities | | 22.6 | 22.8 | 3:1 Ratio | 22.8 | 3:1 Ratio |
| F.C. | With Multiple Obesity Related Comorbidities | | | 71.4 | 71.4 | Not 3:1 | NONE | |
| J.C. | With Multiple Obesity Related Comorbidities | | | 24 | 24.2 | 3:1 Ratio | 24 | Not 3:1 |
| M.C. | With Multiple Obesity Related Comorbidities | | | 5.9 | 25.2 | 3:1 Ratio | 25.2 | 3:1 Ratio |
| F.C. | | With Multiple Obesity Related Comorbidities | | 2.6 | 16.3 | 3:1 Ratio | | 3:1 Ratio |
| R.C. | | | With Multiple Obesity Related Comorbidities | 1.8 | 20.5 | 3:1 Ratio | 20,5 | 3:1 Ratio |
| N.C. | | With Multiple Obesity Related Comorbidities | | 15 | 34.1 | 3:1 Ratio | 34.1 | 3:1 Ratio |
| J.C. | With Multiple Obesity Related Comorbidities | | | 61.4 | 61.6 | 3:1 Ratio | 61.6 | 3:1 Ratio |
| M.C. | | With Multiple Obesity Related Comorbidities | | 54.2 | 54.2 | No Respir Chart | NONE | |
| K.CH. | | With Multiple Obesity Related Comorbidities | | 6.9 | 23.5 | 3:1 Ratio | 23.5 | 3:1 Ratio |
| S.C. | | With Multiple Obesity Related Comorbidities | | 32.1 | 32.1 | Not 3:1 | 32.1 | 3:1 Ratio |
| A.C. | | With Multiple Obesity Related Comorbidities | | 15 | 33.3 | 3:1 Ratio | 33.3 | 3:1 Ratio |
| M.C. | With Multiple Obesity Related Comorbidities | | | 2.4 | 16.8 | 3:1 Ratio | 22.4 | Not 3:1 |
| D.C. | With Multiple Obesity Related Comorbidities | | | 7.4 | 7.4 | Not 3:1 | NONE | |
| C.CH. | | | With Obesity Related Comorbidity | 1.1 | 19.4 | 3:1 Ratio | 19.4 | 3:1 Ratio |
| E.C. | With Multiple Obesity Related Comorbidities | | | 8.8 | 18.2 | 3:1 Ratio | 18.2 | 3:1 Ratio |
| CH.CH. | | With Multiple Obesity Related Comorbidities | | 1.2 | 31.1 | 3:1 Ratio | 31.1 | 3:1 Ratio |
| L.C. | With Multiple Obesity Related Comorbidities | | | 21.1 | 21.1 | Not 3:1 | 21.1 | 3:1 Ratio |
| M.C. | | With Multiple Obesity Related Comorbidities | | 1.5 | 25.3 | 3:1 Ratio | 25.3 | 3:1 Ratio |
| D.C. | With Multiple Obesity Related Comorbidities | | | 4.3 | 37.4 | Not 3:1 | 37.4 | 3:1 Ratio |
| A.C. | With Obesity Related Comorbidity | | | 5.6 | 16.8 | 3:1 Ratio | 16.8 | 3:1 Ratio |
| V.C. | | With Multiple Obesity Related Comorbidities | | 3.6 | 18.5 | 3:1 Ratio | | 3:1 Ratio |
| L.C. | With Obesity Related Comorbidity | | | 1.7 | 17.6 | 3:1 Ratio | 17.6 | 3:1 Ratio |
| J.C. | With Multiple Obesity Related Comorbidities | | | 26.7 | 30.1 | 3:1 Ratio | 30.9 | 3:1 Ratio |
| D.C. | With Multiple Obesity Related Comorbidities | | | 87.7 | 78.4 | 3:1 Ratio | 78.4 | 3:1 Ratio |
| T.C. | | With Multiple Obesity Related Comorbidities | | 14.8 | 16.5 | Not 3:1 | 16.5 | Not 3:1 |
| M.C. | | With Obesity Related Comorbidity. Chart Incomplete | | 5.1 | 16.4 | 3:1 Ratio | 16.4 | 3:1 Ratio |

| Initials | Description | Description | Note | Val1 | Val2 | Ratio | Val3 | Ratio2 |
|---|---|---|---|---|---|---|---|---|
| R.D. | With Multiple Obesity Related Comorbidities | | | 44.8 | 44.9 | 3:1 Ratio | 44.8 | Not 3:1 |
| T.D. | With Multiple Obesity Related Comorbidities | | | 2.2 | 22.6 | 3:1 Ratio | 22.6 | 3:1 Ratio |
| J.D. | With Multiple Obesity Related Comorbidities | | | 15.1 | 46.6 | 3:1 Ratio | 46.6 | Not 3:1 |
| A.D. | With Multiple Obesity Related Comorbidities | | | 2.6 | 17.6 | Not 3:1 | 17.6 | Not 3:1 |
| C.D. | With Multiple Obesity Related Comorbidities | | | 8.9 | 8.9 | Not 3:1 | 8.9 | Not 3:1 |
| L.E. | | With Multiple Obesity Related Comorbidities | | 3.6 | 21.8 | 3:1 Ratio | 21.8 | 3:1 Ratio |
| D.E. | | | With Obesity Related Comorbidity. Evaluation Incomplete as patient did not follow up | 16.2 | 32.4 | 3:1 Ratio | NONE | |
| M.E. | | With Multiple Obesity Related Comorbidities | | 4.7 | 34.6 | 3:1 Ratio | 34.6 | 3:1 Ratio |
| L.F. | With Multiple Obesity Related Comorbidities | | | 8.9 | 15.4 | 3:1 Ratio | 0.2 | 3:1 Ratio |
| T.F. | With Multiple Obesity Related Comorbidities | | | 9.6 | 31.2 | Not 3:1 | 31.2 | 3:1 Ratio |
| TR.F. | | With Multiple Obesity Related Comorbidities | | 2.1 | 23.2 | Not 3:1 | 23.2 | Not 3:1 |
| K.F. | | | With Multiple Obesity Related Comorbidities | No PSG Report | No PSG report | | NONE | 3:1 Ratio |
| A.F. | With Multiple Obesity Related Comorbidities | | | 22.6 | 30.5 | 3:1 Ratio | 22.6 | Not 3:1 |
| B.G. | | With Obesity Related Comorbidity | | 3.1 | 17.9 | 3:1 Ratio | 17.9 | 3:1 Ratio |
| M.G. | With Multiple Obesity Related Comorbidities | | | 8.1 | 25.2 | 3:1 Ratio | 8.1 | Not 3:1 |
| C.G. | | With Multiple Obesity Related Comorbidities | | 12.8 | 19.4 | 3:1 Ratio | 19.4 | 3:1 Ratio |
| M.G. | With Multiple Obesity Related Comorbidities | | | 19.1 | 19.1 | Not 3:1 | 19.1 | Not 3:1 |
| A.G. | No Medical Chart Available | | | 16.4 | 16.4 | Not 3:1 | 16.4 | Not 3:1 |
| D.G. | With Multiple Obesity Related Comorbidities | | | 3.5 | 18.3 | 3:1 Ratio | 32.2 | 3:1 Ratio |
| M.G. | With Multiple Obesity Related Comorbidities | | | 4.2 | 15.8 | 3:1 Ratio | 15.8 | 3:1 Ratio |
| J.G. | With Multiple Obesity Related Comorbidities | | | 4.5 | 25.6 | 3:1 Ratio | 25.6 | 3:1 Ratio |
| E.G. | With Multiple Obesity Related Comorbidities | | | 6.2 | 17.8 | Not 3:1 Ratio | 17.8 | 3:1 Ratio |
| C.G. | With Multiple Obesity Related Comorbidities | | | 12 | 30.7 | 3:1 Ratio | 30.7 | 3:1 Ratio |
| R.G. | With Multiple Obesity Related Comorbidities | | | 78.1 | 78.1 | Not 3:1 | 78.1 | Not 3:1 |
| J.G. | | With Multiple Obesity Related Comorbidities | | 12.3 | 16.3 | 3:1 Ratio | 16.2 | 3:1 Ratio |
| A.G. | With Multiple Obesity Related Comorbidities | | | 27.4 | 27.4 | Not 3:1 | 27,4 | Not 3:1 |
| J.GON. | With Multiple Obesity Related Comorbidities | | | 69.7 | 68.4 | 3:1 Ratio | 68.4 | 3:1 Ratio |
| L.G. | With Multiple Obesity Related Comorbidities | | | 7.5 | 7.5 | Not 3:1 | 7.5 | Not 3:1 |
| D.G. | With Multiple Obesity Related Comorbidities | | | 16.2 | 32.4 | 3:1 Ratio | 32.4 | 3:1 Ratio |
| DO.G. | | With Multiple Obesity Related Comorbidities | | 30 | 30.5 | 3:1 Ratio | NONE | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CH.GR. | | With Multiple Obesity Related Comorbidities | | 6.6 | 16.1 | 3:1 Ratio | 16.1 | 3:1 Ratio |
| K.G. | With Multiple Obesity Related Comorbidities | | | 3.3 | 33.5 | 3:1 Ratio | 33.5 | 3:1 Ratio |
| M.G. | With Multiple Obesity Related Comorbidities | | | 19.9 | 22.5 | 3:1 Ratio | 22.5 | 3:1 Ratio |
| M.GUT. | With Multiple Obesity Related Comorbidities | | | 6.9 | 25.3 | Not 3:1 | 25.3 | Not 3:1 |
| R.G. | | With Multiple Obesity Related Comorbidities | | 1.9 | 18.5 | 3:1 Ratio | 18.5 | 3:1 Ratio |
| S.G | With Multiple Obesity Related Comorbidities | | | 20.4 | 20.4 | Not 3:1 | 20.4 | Not 3:1 |
| M.G | With Multiple Obesity Related Comorbidities | | | 25.6 | 33.6 | Not 3:1 | 33.6 | 3:1 Ratio |
| D.H. | | With Multiple Obesity Related Comorbidities | | 8 | 32.6 | 3:1 Ratio | 32.6 | 3:1 Ratio |
| L.H. | With Multiple Obesity Related Comorbidities | | | 6.6 | 35.6 | 3:1 Ratio | 35.6 | 3:1 Ratio |
| D.HE. | With Multiple Obesity Related Comorbidities | | | 102.9 | 73.6 | 3:1 Ratio | 73.6 | 3:1 Ratio |
| MA.H. | With Multiple Obesity Related Comorbidities | | | 22.8 | 25.1 | 3:1 Ratio | 25.1 | 3:1 Ratio |
| M.H. | With Multiple Obesity Related Comorbidities | | | 0.8 | .8 and 31.1 | 3:1 Ratio for BMI 31.1 | 31.1 | 3:1 Ratio |
| N.H. | With Multiple Obesity Related Comorbidities | | | 2.4 | 2.4 | Not 3:1 | 2.4 | Not 3:1 |
| S.H. | | | With Multiple Obesity Related Comorbidities | 31.7 | 32 | 3:1 Ratio | 31.7 | Not 3:1 |
| E.H. | With Multiple Obesity Related Comorbidities | | | Unsucessful study | 31.1 | 3:1 Ratio | NONE | |
| J.F | With Multiple Obesity Related Comorbidities | | | 5.8 | 16.3 | 3:1 Ratio | 16.3 | 3:1 Ratio |
| M.H. | With Multiple Obesity Related Comorbidities | | | 23.3 | 30.6 | 3:1 Ratio | 30.6 | 3:1 Ratio |
| I.H. | With Multiple Obesity Related Comorbidities | | | 3 | 16.9 | Not 3:1 | 16.9 | 3:1 Ratio |
| A.H. | With Multiple Obesity Related Comorbidities | | | 37.1 | 37.1 | 3:1  ratio | 37.1 | 3:1 Ratio |
| H.H-i | | With Multiple Obesity Related Comorbidities | | 5.2 | 18.1 | 3:1 Ratio | 15.3 | 3:1 Ratio |
| H.H. | With Multiple Obesity Related Comorbidities | | | 13 | 20.3 | 3:1  Ratio | 20.3 | 3:1 Ratio |
| K.H. | | With Multiple Obesity Related Comorbidities | | 2.2 | 21.2 | 3:1 Ratio | 21.2 | 3:1 Ratio |
| X.I. | With Multiple Obesity Related Comorbidities | | | 58.1 | 30.4 | 3:1  ratio | 30.4 | 3:1 Ratio |
| C.I. | | With Multiple Obesity Related Comorbidities | | 1.8 | 31.7 | 3:1 Ratio | 31.7 | 3:1 Ratio |
| J.J. | With Multiple Obesity Related Comorbidities | | | 88.7 | 88.7 | Not 3:1 | 88.7 | 3:1 Ratio |
| P.J. | | | With Multiple Obesity Related Comorbidities | 48.9 | 48.9 | Not 3:1 | NO Sleep Study Data in GT_SH Report | |
| R.J. | With Multiple Obesity Related Comorbidities | | | 23.5 | 37.8 | 3:1 Ratio | 37.8 | 3:1 Ratio |
| J.JO. | With Multiple Obesity Related Comorbidities | | | 62.5 | 30.8 | 3:1 ratio | 30.8 | 3:1 Ratio |
| L.J. | | With Multiple Obesity Related Comorbidities | | 4.6 | 16.9 | 2:1 Ratio | 16.9 | 3:1 Ratio |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S.J. | | With Multiple Obesity Related Comorbidities | | 16.5 | 31.5 | 3:1 Ratio | 31.5 | 3:1 Ratio |
| T.J. | With Multiple Obesity Related Comorbidities | | | 21.5 | 31.4 | 3:1 Ratio | 31.4 | 3:1 Ratio |
| B.J. | | With Multiple Obesity Related Comorbidities | | 50.6 | 50.5 | 3:1 Ratio | 16.8 and 50.5 | Not 3:1 and 3:1 Ratio |
| V.J. | With Multiple Obesity Related Comorbidities | | | 1.6 | 18.3 | 3:1 Ratio | 18.3 | 3:1 Ratio |
| D.J. | With Multiple Obesity Related Comorbidities | | | 1.9 | 6.3 | Not 3:1 | 1.9 | Not 3:1 |
| M.K. | With Multiple Obesity Related Comorbidities | | | 4.3 on 7-18-10 and 40 on1 8-1-10 | 40.5 | Not 3:1 | 40.5 | Not 3:1 |
| D.KR. | | With Multiple Obesity Related Comorbidities | | 10.6 | No CKSearch Version | | 16.1 | 3:1 Ratio |
| C.K. | With Obesity Related Comorbidity | | | 16.3 | 16.3 | Not 3:1 | 16.3 | Not 3:1 |
| K.K. | With Multiple Obesity Related Comorbidities | | | 17.7 | 17.7 | Not 3:1 | 17.7 | Not 3:1 |
| H.K. | With Multiple Obesity Related Comorbidities | | | 3 | 32.5 | 3:1 Ratio | 32.5 | 3:1 Ratio |
| B.K. | With Multiple Obesity Related Comorbidities | | | 5.9 | 23.6 | Not 3:1 | 23.6 | 3:1 Ratio |
| C.K. | | With Multiple Obesity Related Comorbidities | | 5.4 | 24.4 | 3:1 Ratio | 17.9 | 3:1 Ratio |
| H.K. | | With Multiple Obesity Related Comorbidities | | 6.9 | 17.5 | 3:1 Ratio | NOINE | 3:1 Ratio |
| V.L. | With Multiple Obesity Related Comorbidities | | | 1.4 | 17.3 | 3:1 Ratio | 17.3 | 3:1 Ratio |
| J.L | With Multiple Obesity Related Comorbidities | | | 6.8 | 6.8 | Not 3:1 | NONE | 3:1 Ratio |
| JA.L. | | With Multiple Obesity Related Comorbidities | | 3 | 19 | 3:1 Ratio | 19 | 3:1 Ratio |
| E.L. | With Multiple Obesity Related Comorbidities | | | 21.1 | 21.4 | 3:1 Ratio | 21.4 | 3:1 Ratio |
| D.L. | | With Multiple Obesity Related Comorbidities | | 6.8 | 6.8 | Not 3:1 | 6.8 | Not 3:1 |
| G.L | With Multiple Obesity Related Comorbidities | | | 70.7 | 70.7 | Not 3:1 | 70.7 | Not 3:1 |
| M.L. | With Multiple Obesity Related Comorbidities | | | 4.3 | 17.6 | 3:1 Ratio | 17.6 | 3:1 Ratio |
| V.L. | With Multiple Obesity Related Comorbidities | | | 10.5 | 10.5 | Not 3:1 Ratio | NONE | 3:1 Ratio |
| M.L. | With Multiple Obesity Related Comorbidities | | | 9.6 | 31.6 | 3:1 Ratio | 31.6 | 3:1 Ratio |
| A.L. | | | With Multiple Obesity Related Comorbidities | 17.9 | 18.3 | 3:1 Ratio | 18.3 | 3:1 Ratio |
| M.M. | With Multiple Obesity Related Comorbidities | | | 4 | 16.4 | 3:1 Ratio | 16.4 | 3:1 Ratio |
| W.M. | With Multiple Obesity Related Comorbidities | | | 91.5 | 30.6 | 3:1 Ratio | 30,6 | 3:1 Ratio |
| MI.M. | | With Multiple Obesity Related Comorbidities | | 16 | 16.2 | Not 3:1 | 34.2 | 3:1 Ratio |
| ME.MA. | With Multiple Obesity Related Comorbidities | | | 16 | 41 | 3:1 Ratio | 16 | Not 3:1 |
| N.M | | With Multiple Obesity Related Comorbidities | | 8.3 | 18.3 | 3:1 Ratio | 18.8 | 3:1 Ratio |
| D.M. | With Multiple Obesity Related Comorbidities | | | 19.9 | 31.3 | 3:1 Ratio | 31.3 | 3:1 Ratio |
| P.M. | | | With Multiple Obesity Related Comorbidities | 5 | 17 | 3:1 Ratio | 22.1 | 3:1 Ratio |

| Name | Comorbidities 1 | Comorbidities 2 | Comorbidities 3 | | | | | |
|---|---|---|---|---|---|---|---|---|
| B.M. | | With Multiple Obesity Related Comorbidities | | 15.9 | 34 | 3:1 Ratio | 34.3 | 3:1 Ratio |
| S.M. | | | With Multiple Obesity Related Comorbidities | 3.3 | 24.8 | 3:1 Ratio | 21.4 | 3:1 Ratio |
| J.M. | | With Multiple Obesity Related Comorbidities | | 42.3 | 42.3 | 3: Ratio | 42.4 | 3:1 Ratio |
| N.M. | | With Multiple Obesity Related Comorbidities | | 2.7 | 22.5 | 3:1 Ration | 22.5 | 3:1 Ratio |
| H.M. | With Multiple Obesity Related Comorbidities | | | 94.5 | 64.5 | No Respiratory Data Table | 64.5 | No Respiratory Data Table |
| A.M | With Multiple Obesity Related Comorbidities | | | 15.1 | 19.7 | 3:1 Ratio | 19.7 | 3:1 Ratio |
| R.M | With Multiple Obesity Related Comorbidities | | | 6.6 | 6.6 | Not 3:1 | NONE | |
| C.M. | With Multiple Obesity Related Comorbidities | | | 28.2 | 32.8 | 3:1 Ratio | 32.8 | 3:1 Ratio |
| A.M. | With Multiple Obesity Related Comorbidities | | | 4.3 | 16.7 | 3:1 Ratio | 4.3 | Not 3:1 |
| M.M. | With Multiple Obesity Related Comorbidities | | | 15 | 15.5 | 3:1 Ratio | 15.5 | 3:1 Ratio |
| L.M. | With Multiple Obesity Related Comorbidities | | | 18.7 | 32.6 | 3:1 Ratio | 18.7 | Not 3:1 |
| D.M. | | With Multiple Obesity Related Comorbidities | | 2 | 16.5 | 3:1 Ratio | 2.9 | Not 3:1 |
| J.M. | With Multiple Obesity Related Comorbidities | | | 51.2 | 51.2 | 3:1 Ratio | 51.2 | 3:1 Ratio |
| S.M. | With Multiple Obesity Related Comorbidities | | | 4.3 | 16.9 | 3:1 Ratio | 16.9 | 3:1 Ratio |
| W.M. | With Multiple Obesity Related Comorbidities | | | 101.5 | 101.5 | Not 3:1 | 101.5 | Not 3:1 |
| MI.MO. | With Multiple Obesity Related Comorbidities | | | 22.3 | 22.3 | Not 3:1 | 22.4 | No Respiratory Data Table |
| E.M. | | With Multiple Obesity Related Comorbidities | | 11 | 32.4 | 3:1 Ratio | 32.4 | 3:1 Ratio |
| P.M. | With Multiple Obesity Related Comorbidities | | | 16.8 | 21.7 | Not 3:1 | 32.1 | 3:1 Ratio |
| R.M. | With Multiple Obesity Related Comorbidities | | | 21.7 | 32.1 | 3:1 Ratio | 32 | 3:1 Ratio |
| N.N. | | With Multiple Obesity Related Comorbidities | | 6 | 16.2 | 3:1 Ratio | 16.2 | 3:1 Ratio |
| A.N. | With Multiple Obesity Related Comorbidities | | | 11.9 | 32 | 3:1 Ratio | 11.9 | Not 3:1 |
| A.O. | With Multiple Obesity Related Comorbidities | | | 96 | 96 | Not 3:1 | 96 | Not 3:1 |
| R.O. | With Multiple Obesity Related Comorbidities | | | 16 | 16 | Not 3:1 | 16 | Not 3:1 |
| M.O. | With Multiple Obesity Related Comorbidities | | | 48.4 | 17.6 | 3:1 Ratio | 48.4 | 3:1 Ratio |
| N.P. | | With Multiple Obesity Related Comorbidities | | 1.6 | 19.9 | 3:1 Ratio | 19.9 | 3:1 Ratio |
| L.P. | With Multiple Obesity Related Comorbidities | | | 2.1 | 15.7 | 2:1 Ratio | 15.7 | 2:1 Ratio |
| B.P. | | | With Multiple Obesity Related Comorbidities | 3.6 | 17.7 | 3:1 Ratio | 17.7 | 3:1 Ratio |
| C.P. | | With Multiple Obesity Related Comorbidities | | 8.4 | 31.1 | 3:1 Ratio | 31.1 | 3:1 Ratio |
| G.P. | With Multiple Obesity Related Comorbidities | | | 32.4 | 32.4 | Not 3:1 | 32.4 | Not 3:1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M.P. | With Multiple Obesity Related Comorbidities | | 3.7 | 17.7 | 3:1 Ratio | 17.7 | 3:1 Ratio |
| D.P. | | With Multiple Obesity Related Comorbidities | 25.4 | 16.2 | 3:1 Ratio | 16.2 | 3:1 Ratio |
| R.P. | | With Multiple Obesity Related Comorbidities | 6.3 | 16.3 | No Resp Table | 16.3 | No Respiratory Data Table |
| C.P. | With Multiple Obesity Related Comorbidities | | 8 | 17.6 | 3:1 Ratio | 17.6 | 3:1 Ratio |
| T.P. | | With Multiple Obesity Related Comorbidities | 4.1 | 8.8 | Not 3:1 | 8.8 | Not 3:1 |
| M.P. | | With Multiple Obesity Related Comorbidities | 6.4 | 16.4 | No Resp Table | 16.4 | No Respiratory Data Table |
| A.P. | | With Multiple Obesity Related Comorbidities | 6.6 | 31.2 | 3:1 Ratio | 31.2 | 3:1 Ratio |
| T.P. | | With Multiple Obesity Related Comorbidities | 33.3 | 33.3 | Not 3:1 | 33.3 | Not 3:1 |
| W.P. | With Multiple Obesity Related Comorbidities | | 53.3 | 46.5 | 3:1 Ratio | 46.5 | 3:1 Ratio |
| D.Q. | With Multiple Obesity Related Comorbidities | | 5.8 | 25.6 | 3:1 Ratio | 25.6 | 3:1 Ratio |
| C.R. | | With Multiple Obesity Related Comorbidities | 7.9 | 31.7 | 3:1 Ratio | 31.7 | 3:1 Ratio |
| M.R. | | With Multiple Obesity Related Comorbidities | 6.3 | 16.5 | 3:1 Ratio | 16.5 | 3:1 Ratio |
| T.R. | With Multiple Obesity Related Comorbidities | | 10.7 | 32.7 | 3:1 Ratio | 32.7 | 3:1 Ratio |
| I.R. | | With Multiple Obesity Related Comorbidities | 4.4 | 16 | Not 3:1 | 16 | Not 3:1 |
| A.R. | | With Multiple Obesity Related Comorbidities | 4.6 | 18 | Not 3:1 | 18 | Not 3:1 |
| R.R. | With Multiple Obesity Related Comorbidities | | 8.4 | 18.7 | 3:1 Ratio | 18.7 | 3:1 Ratio |
| B.R. | | With Multiple Obesity Related Comorbidities | 26.6 | 33.4 | 3:1 Ratio | 33.4 | 3:1 Ratio |
| Y.R. | | With Multiple Obesity Related Comorbidities | 2.4 | 34.7 | 3:1 Ratio | 34.7 | 3:1 Ratio |
| AD.RO. | With Multiple Obesity Related Comorbidities | | 15.6 | 24.2 | 3:1 ratio | 24.2 | 3:1 Ratio |
| C.R. | With Multiple Obesity Related Comorbidities | | 1.6 | 6.5 | Not 3:1 | NONE | 3:1 Ratio |
| D.R. | | With Multiple Obesity Related Comorbidities | No GT_MZ version | 16.1 | 3:1 Ratio | 16.1 | 3:1 Ratio |
| DI.RO. | With Multiple Obesity Related Comorbidities | | 5.2 | 30.3 | 3:1 Ratio | 30.3 | 3:1 Ratio |
| J.R. | With Multiple Obesity Related Comorbidities | | 4.1 | 24.8 | 3:1 Ratio | 24.8 | 3:1 Ratio |
| V.R. | With Multiple Obesity Related Comorbidities | | 8.8 | 31.6 | 3:1 Ratio | 8.8 | Not 3:1 |
| S.R. | With Multiple Obesity Related Comorbidities | | 66.6 | 66.6 | Not 3:1 | 66.4 | 3:1 Ratio |
| K.R. | | With Multiple Obesity Related Comorbidities | 22.7 | 22.7 | 3:1 Ratio | 22.7 | 3:1 Ratio |
| N.R. | | With Multiple Obesity Related Comorbidities | 10.5 | 31.3 | 3:1 Ratio | 31.4 | 3:1 Ratio |
| G.S. | | With Multiple Obesity Related Comorbidities | 9.5 | 17.3 | 3:1 ratio | 17.3 | 3:1 Ratio |
| E.S. | | With Multiple Obesity Related Comorbidities | 2.9 | 16.9 | 3:1 ratio | 16.9 | 3:1 Ratio |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J.S. | With Multiple Obesity Related Comorbidities | | | 18.5 | 32.8 | 3:1 Ratio | 32.8 | 3:1 Ratio |
| M.S. | With Multiple Obesity Related Comorbidities | | | 112.5 | 112.5 | Not 3:1 | 112.5 | Not 3:1 |
| P.S. | | With Multiple Obesity Related Comorbidities | | 4.9 | 16 | 3:1 Ratio | 16 | 3:1 Ratio |
| PE.S. | | With Multiple Obesity Related Comorbidities | | 7 | 16.7 | 3:1 Ratio | 7 | Not 3:1 |
| J.S. | | With Multiple Obesity Related Comorbidities | | 21.5 | 21.7 | 3:1 ratio | 21.7 | 3:1 Ratio |
| C.S. | With Multiple Obesity Related Comorbidities | | | 74.4 | 74.4 | Not 3:1 | 74.4 | 3:1 Ratio |
| P.S. | With Multiple Obesity Related Comorbidities | | | 45.2 | 45.2 | Not 3:1 | 45.2 | Not 3:1 |
| N.S. | | With Multiple Obesity Related Comorbidities | | 18.5 | 19.1 | Not 3:1 | 19.1 | 3:1 Ratio |
| D.S. | With Multiple Obesity Related Comorbidities | | | 15.5 | 36.4 | 3:1 Ratio | 36.4 | 3:1 Ratio |
| M.S. | With Multiple Obesity Related Comorbidities | | | 16.9 | 16.9 | Not 3:1 | 16.9 | Not 3:1 |
| Y.S. | | | With Multiple Obesity Related Comorbidities | 27.5 | 21.3 | 3:1 Ratio | 21.3 | 3:1 Ratio |
| I.S. | With Multiple Obesity Related Comorbidities | | | 51 | 51 | Not 3:1 | 51 | Not 3:1 |
| JI.ST. | | With Multiple Obesity Related Comorbidities | | 5.5 | 5.5 | Not 3:1 | 5.5 | Not 3:1 |
| B.S. | | With Multiple Obesity Related Comorbidities | | 12.5 | 15.5 | No Resp Table | 15.5 | No Respiratory Data Table |
| C.S. | With Multiple Obesity Related Comorbidities | | | 8.6 | 31.7 | 3:1 Ratio | 31.7 | 3:1 Ratio |
| F.S. | With Multiple Obesity Related Comorbidities | | | 16.2 | 16.2 | 3:1 Ratio | 16.2 | 3:1 Ratio |
| T.S. | With Multiple Obesity Related Comorbidities | | | 6.7 | 17.2 | Not 3:1 | 17.2 | 3:1 Ratio |
| L.S. | With Multiple Obesity Related Comorbidities | | | 3.2 | 17.6 | 3:1 Ratio | 3.2 | Not 3:1 |
| T.SW. | With Multiple Obesity Related Comorbidities | | | 3 | 21.8 | 3:1 Ratio | 21.8 | 3:1 Ratio |
| S.T. | | With Multiple Obesity Related Comorbidities | | 10.7 | 17.9 | 3:1 Ratio | 17.9 | 3:1 Ratio |
| E.T. | With Multiple Obesity Related Comorbidities | | | 16.6 | 16.6 | Not 3:1 | 16.6 | Not 3:1 |
| Z.T. | With Multiple Obesity Related Comorbidities | | | 21.9 | 32 | 3:1 Ratio | 32 | 3:1 Ratio |
| R.T. | | With Multiple Obesity Related Comorbidities | | 59.6 | 33.6 | 3:1 Ratio | 33.6 | 3:1 Ratio |
| K.T. | | With Multiple Obesity Related Comorbidities | | 45.9 | 45.9 | 3:1 Ratio | 45.9 | Not 3:1 |
| D.T | With Multiple Obesity Related Comorbidities | | | 102.1 | 102.1 | Not 3:1 | 102.1 | Not 3:1 |
| C.U. | With Multiple Obesity Related Comorbidities, Patient came in for removal of Lap Band in Mexico *not* Lap Band Placement | | | 8.9 | 33.8 | 3:1 Ratio | 33.8 | 3:1 Ratio |
| E.V. | With Multiple Obesity Related Comorbidities | | | 30 | 30.6 | 3:1 Ratio | 30 | Not 3:1 |
| M.V. | | | With Multiple Obesity Related Comorbidities | 12.9 | 21.2 | 3:1 Ratio | 21.2 | 3:1 Ratio |

| | Comorbidity A | Comorbidity B | Comorbidity C | | | | | |
|---|---|---|---|---|---|---|---|---|
| S.V. | With Multiple Obesity Related Comorbidities | | | 5.1 | 16.4 | 3:1 Ratio | 16.4 | 3:1 Ratio |
| J.V. | With Multiple Obesity Related Comorbidities | | | 19.9 | 19.9 | Not 3:1 | 19.9 | Not 3:1 |
| A.V. | With Multiple Obesity Related Comorbidities | | | 87.9 | 87.9 | Not 3:1 | 87.9 | Not 3:1 |
| D.V. | With Multiple Obesity Related Comorbidities | | | 15.6 | 31.3 | 3:1 Ratio | 31.3 | 3:1 Ratio |
| M.VIL. | With Multiple Obesity Related Comorbidities | | | 55 | 55 | Not 3:1 | NONE | 3:1 Ratio |
| M.VIV. | | Medical Records Unavailabe | | 7.5 | 9.6 | Not 3:1 | 9.6 | Not 3:1 |
| C.V. | With Multiple Obesity Related Comorbidities | | | 3 | 33.7 | 3:1 Ratio | 33.7 | 3:1 Ratio |
| P.W. | With Multiple Obesity Related Comorbidities | | | No GT_MZ Polysomnography Report | 17.3 | 3:1 Ratio | NO POLYSOMNOGRAPHY RESPIRATORY DATA | 3:1 Ratio |
| R.W. | With Multiple Obesity Related Comorbidities | | | 25.1 | 25.1 | Not 3:1 | 25.1 | Not 3:1 |
| B.W. | With Multiple Obesity Related Comorbidities | | | 20 | 31.9 | 3:1 Ratio | 31.9 | 3:1 Ratio |
| G.YE. | | With Multiple Obesity Related Comorbidities | | 23.1 | 23.3 | 3:1 Ratio | 20.1 | 3:1 Ratio |
| G.YU | With Multiple Obesity Related Comorbidities | | | 9.1 | 19.1 | 3:1 Ratio | 19.1 | 3:1 Ratio |
| M.Z. | With Multiple Obesity Related Comorbidities | | | 6.2 | 31.5 | 3:1 Ratio | 31.5 | 3:1 Ratio |
| V.Z. | | With Multiple Obesity Related Comorbidities | | 4.6 | 22.4 | 3:1 Ratio | 22.4 | 3:1 Ratio |

INDICTMENT PATIENTS:

| | Comorbidity A | Comorbidity B | Comorbidity C | | | |
|---|---|---|---|---|---|---|
| D.S. | | With Multiple Obesity Related Comorbidities | | No GT_MZ Report | 15.9 | Not 3:1 |
| J.J. | | With Multiple Obesity Related Comorbidities | | 3.3 | 16.9 | 3:1 Ratio |
| A.F. | With Multiple Obesity Related Comorbidities | | | 12.5 | 26.5 | 3:1 Ratio |
| L.M. | With Multiple Obesity Related Comorbidities | | | 5.8 | 32.6 | 3:1 Ratio |
| J.C. | | With Multiple Obesity Related Comorbidities | | 6.6 | 18.5 | 3:1 Ratio |
| E.J. | With Multiple Obesity Related Comorbidities | | | 9.8 | 18.1 | 3:1 Raio |
| M.B. | With Multiple Obesity Related Comorbidities | | | 12.6 | 31.2 | 3:1 Ratio |
| L.W. | With Multiple Obesity Related Comorbidities | | | 4.4 | 16.1 | 3:1 Ratio |
| T.L. | | With Multiple Obesity Related Comorbidities | | 3.6 | 19.8 | 3:1 Ratio |
| T.S. | With Multiple Obesity Related Comorbidities | | | 3.6 | 27.3 | 3:1 Ratio |
| S.G. | With Multiple Obesity Related Comorbidities | | | 8.1 | 33.1 | 3:1 Ratio |
| A.A. | | | With Multiple Obesity Related Comorbidities | 3.8 | | |

| | | | | | |
|---|---|---|---|---|---|
| K.R. | | | With Multiple Obesity Related Comorbidities | 5.9 | 19.5 | 3:1 Ratio |
| S.K. | | | With Multiple Obesity Related Comorbidities | 0.6 | 17.6 | 3:1 Ratio |
| P.R. | | With Multiple Obesity Related Comorbidities | | 11.2 | | |
| C.R. | With Multiple Obesity Related Comorbidities | | | 5.3 | 22.8 | 3:1 Ratio |
| N.A. | With Multiple Obesity Related Comorbidities | | | 17 | 30.9 | 3:1 Ratio |
| F.M. | | With Multiple Obesity Related Comorbidities | | 2.7 and 9.0 | 22.4 | 3:1 Ratio |
| A.W. | | | With Multiple Obesity Related Comorbidities | 7.3 | 17.3 | 3:1 Ratio |
| S.Z. | | 35.5 (5-1, 188), HTN on Losartan, Borderline Diabetes HgA1c 5.8, GERD, Venous Stasis - Pedal Edema, Reports Sleep Apnea, | | 16.8 | 16.8 | 3:1 Ratio |
| T.R. | With Multiple Obesity Related Comorbidities | | | No GT_MZ PSG | 15.8 | Not 3:1 |
| S.N. | With Multiple Obesity Related Comorbidities | | | No GT_MZ PSG | 21.4 | 3:1 Ratio |
| K.M. | With Multiple Obesity Related Comorbidities | | | No GT_MZ PSG | 17.8 | Not 3:1 |
| K.H. | With Multiple Obesity Related Comorbidities | | | 2.4 | 31.8 | 3:1 Ratio |
| V.G. | With Multiple Obesity Related Comorbidities | | | 6.2 | 19.5 | 3:1 Ratio |
| J.R. | With Multiple Obesity Related Comorbidities | | | 4.1 | 24.8 | 3:1 Ratio |
| K.M. | With Obesity Related Comorbidity | | | 5 | 16.1 | 3:1 Ratio |