FILED

APR 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia Omidi, AKA Ben Omidi, Defendant - Appellant. | No. 23-1719 D.C. No. 2:17-cr-00661-DMG-1 Central District of California, Los Angeles MANDATE |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SURGERY CENTER MANAGEMENT, LLC, Defendant - Appellant. | No. 23-1941 D.C. No. 2:17-cr-00661-DMG-3 Central District of California, Los Angeles |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia | No. 23-1959 D.C. No. 2:17-cr-00661-DMG-1 Central District of California, Los Angeles |

Omidi, AKA Ben Omidi,

        Defendant - Appellant.

The judgment of this Court, entered January 16, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT